In the Matter of the Claim of CATERINA CEA, Respondent, against STAHL-MEYER, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. —

Present — Foster. P. J.. Heffernan, Brewster, Bergan and Coon, JJ.